**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-40236 |
| | § | |
| REGINALD A RICHARDSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　219 South Dearborn Street, Chicago, IL 60604

　　　Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/18/2015, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:　01/26/2015　　　　　　　　By:　/s/ David P. Leibowitz
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-40236 |
| | § | |
| REGINALD A RICHARDSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $5,368.00
*and approved disbursements of*     $4,220.21
*leaving a balance on hand of[1] :*     $1,147.79

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $1,147.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $291.47 | $0.00 | $291.47 |
| David P. Leibowitz, Trustee Expenses | $4.96 | $0.00 | $4.96 |

Total to be paid for chapter 7 administrative expenses:     $296.43
Remaining balance:     $851.36

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $851.36

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $851.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,527.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Quantum3 Group LLC as agent for | $1,309.83 | $0.00 | $117.03 |
| 2 | American InfoSource LP as agent for | $793.72 | $0.00 | $70.93 |
| 3 | Capital One, N.A. | $332.15 | $0.00 | $29.68 |
| 4 | American InfoSource LP as agent for | $415.87 | $0.00 | $37.16 |
| 5 | Portfolio Recovery Associates, LLC | $3,522.85 | $0.00 | $314.80 |
| 6 | Portfolio Recovery Associates, LLC | $562.41 | $0.00 | $50.26 |
| 7 | SPRINGLEAF FINANCIAL SERVICES | $2,590.67 | $0.00 | $231.50 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $851.36 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Reginald A Richardson  
    Debtor

Case No. 13-40236-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: mmyers | Page 1 of 2 | Date Rcvd: Jan 27, 2015 |
| | Form ID: pdf006 | Total Noticed: 45 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2015.
```
db            +Reginald A Richardson,    1707 Maple Place, Apt 203,    Schaumburg, IL 60173-4316
21102174      +Advocate Christ Medical Center,    4440 W. 95th St.,    Oak Lawn, IL 60453-2600
21102175      +Advocate Health Center,    9831 South Western Avenue,    Chicago, IL 60643-1740
21102176      +Alexian Brothers Medical Center,    1650 Moon Lake Blvd,    Hoffman Estates, IL 60169-1010
21102177      +Brightwater Capital Ll,    850 Concourse Pkwy S Ste,    Maitland, FL 32751-6144
21370469       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21102178      +Comenity Bank/Harlem Furniture,    Attention: Bankruptcy,    Po Box 182686,
                Columbus, OH 43218-2686
21102179       Computer Credit, Inc.,    640 West Fourth St,    PO Box 5238,    Winston Salem, NC 27113-5238
21102180      +Credit Management Lp,    4200 International Pkwy,    Carrollton, TX 75007-1912
21102181      +Dr. Kumudchandra S. Shah, MD,    17680 Kedzie Ave Suite 201,    Hazel Crest, IL 60429-2088
21102182      +Emergency Room Care Providers SC,    2701 W 68th St,    Chicago, IL 60629-1813
21102188       GE Capital Corp,    1600 Golf Rd,    Rolling Meadows, IL 60008-4263
21102187       GE Capital Corp,    Re: Care Credit Dental,    1600 Golf Rd,    Rolling Meadows, IL 60008-4263
21102189      +Holy Cross Hospital,    Payment Center,    PO Box 2166,    Bedford Park, IL 60499-2166
21102190      +Hsbc/bsbuy,    1405 Foulk Road,    Wilmington, DE 19803-2769
21102191      +Illinois Child Support Enforcement,    32 W Randolph,    Chicago, IL 60601-3423
21102192      +Illinois Collection Service/ICS,    Illinois Collection Service,    Po Box 1010,
                Tinley Park, IL 60477-9110
21102193      +Kimberly White,    19010 Baker Ave,    Country Club Hills, IL 60478-5429
21102196      +Malcom S Gerald & Associates, Inc.,    332 South Michigan Ave, Ste 600,    Chicago, IL 60604-4318
21102197      +Medstar Laboratory Inc.,    4531 Harrison Street,    Hillside, IL 60162-1614
21102198       Midwest Diagnostic Pathology,  SC,    75 Remittance Dr, Ste 3070,    Chicago, IL 60675-3070
21102199       Mirshed Medical Center SC,    4255 W 63rd St,    Chicago, IL 60629-5041
21102200     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                Norfolk, VA 23541)
21102204      +RPM,    20816 44th Ave W,    Lynnwood, WA 98036-7799
21102202      +Radadvantage,    PO Box 4542,    Carol Stream, IL 60197-4542
21102203     #+Radiology Imaging Consultants,    PO Box 1886,    Harvey, IL 60426-7886
21102207     ++STELLAR RECOVERY INC,    1327 US HIGHWAY 2 WEST,    STE 100,    KALISPELL MT 59901-3413
              (address filed with court: Stellar Recovery Inc,    1845 US Hwy 93 South,    Kalispell, MT 59901)
21102205      +Southwest Urology Associates SCA,    Division of Uropartners LLC,    9760 S Kedzie Ave,
                Evergreen Park, IL 60805-3109
21102208      +T-Mobile,    Corporate Office & Headquarters,    12920 SE 38th Street,    Bellevue, WA 98006-1350
21102209      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
21102210      +VHS Genesis Labs Inc.,    3231 South Euclid Avenue,    Berwyn, IL 60402-3467
21102211       Wells Fargo Home Mortgage,    7255 Baymeadows Wa,    Des Moines, IA 50306
21102212      +Wfnnb,    220 W. Schrock Rd,    Westerville, OH 43081-2873
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21497376       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 28 2015 02:07:37
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
21341903       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 28 2015 02:07:00
                American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK  73124-8866
21102184      +E-mail/Text: bknotice@erccollections.com Jan 28 2015 02:12:32      Enhanced Recovery Corp,
                8014 Bayberry Rd,    Jacksonville, FL 32256-7412
21102183      +E-mail/Text: bknotice@erccollections.com Jan 28 2015 02:12:32      Enhanced Recovery Corp,
                Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
21102185       E-mail/Text: data_processing@fin-rec.com Jan 28 2015 02:11:51
                Financial Recovery Sevices, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
21102186      +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2015 02:07:25      Ge Capital / Walmart,
                Attn Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
21102194      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 28 2015 02:11:26      Kohls,
                Attn: Recovery Dept,    PO Box 3120,    Milwaukee, WI 53201-3120
21102195      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 28 2015 02:11:26      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21318202       E-mail/Text: bnc-quantum@quantum3group.com Jan 28 2015 02:12:03
                Quantum3 Group LLC as agent for,    Quantum3 Funding LLC,    PO Box 788,
                Kirkland, WA  98083-0788
21616961       E-mail/PDF: cbp@springleaf.com Jan 28 2015 02:07:52      SPRINGLEAF FINANCIAL SERVICES,
                PO BOX 971,    EVANSVILLE, IN 47706
21102206       E-mail/PDF: cbp@springleaf.com Jan 28 2015 02:06:51      Springleaf Financial,
                Attn: Legal Dept,    20 N Clark St,    Chicago, IL 60602
21102213      +E-mail/Text: wow_bankruptcy@wideopenwest.com Jan 28 2015 02:14:35      WOW - Cable,
                PO Box 5715,    Carol Stream, IL 60197-5715
                                                                                              TOTAL: 12
```

```
District/off: 0752-1           User: mmyers                Page 2 of 2                  Date Rcvd: Jan 27, 2015
                               Form ID: pdf006             Total Noticed: 45
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
21102201*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates,   120 Corporate Blvd., Ste. 1,
                 Norfolk, VA 23502)
21579284*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    successor to COMENITY BANK,
                 PO Box 41067,   Norfolk, VA 23541)
21579300*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,
                 successor to GE CAPITAL RETAIL BANK,   PO Box 41067,   Norfolk, VA 23541)
                                                                                             TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Julie M Gleason    on behalf of Debtor Reginald A Richardson juliegleasonlaw@gmail.com,
               GleasonGleason@IAmTheWolf.com;gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;meagh
               an@chicagobk.com;troy@ecf.inforuptcy.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```