UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-40236 |
| | § | |
| REGINALD A RICHARDSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,500.00 | Assets Exempt: | $58,250.00 |
| Total Distributions to Claimants: | $851.36 | Claims Discharged Without Payment: | $23,822.89 |
| Total Expenses of Administration: | $314.51 | | |

3) Total gross receipts of $5,368.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,202.13 (see **Exhibit 2**), yielded net receipts of $1,165.87 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $314.51 | $314.51 | $314.51 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $23,383.75 | $9,527.50 | $9,527.50 | $851.36 |
| **Total Disbursements** | $23,383.75 | $9,842.01 | $9,842.01 | $1,165.87 |

4). This case was originally filed under chapter 7 on 10/14/2013. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/08/2015     By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Prorated share of possible tax refund for 2013 | 1224-000 | $5,368.00 |
| **TOTAL GROSS RECEIPTS** | | $5,368.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| REGINALD RICHARDSON | Exemptions | 8100-002 | $4,202.13 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,202.13 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $291.47 | $291.47 | $291.47 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.96 | $4.96 | $4.96 |
| Green Bank | 2600-000 | NA | $18.08 | $18.08 | $18.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $314.51 | $314.51 | $314.51 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kimberly White | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-900 | $1,308.00 | $1,309.83 | $1,309.83 | $117.03 |
| 2 | American InfoSource LP as agent for | 7100-900 | $793.00 | $793.72 | $793.72 | $70.93 |
| 3 | Capital One, N.A. | 7100-900 | $332.00 | $332.15 | $332.15 | $29.68 |
| 4 | American InfoSource LP as agent for | 7100-000 | $0.00 | $415.87 | $415.87 | $37.16 |
| 5 | Portfolio Recovery Associates, LLC | 7100-900 | $3,523.00 | $3,522.85 | $3,522.85 | $314.80 |
| 6 | Portfolio Recovery Associates, LLC | 7100-900 | $562.00 | $562.41 | $562.41 | $50.26 |
| 7 | SPRINGLEAF FINANCIAL SERVICES | 7100-000 | $1,719.00 | $2,590.67 | $2,590.67 | $231.50 |
|  | Advocate Christ Medical Center | 7100-000 | $647.00 | $0.00 | $0.00 | $0.00 |
|  | Advocate Christ Medical Center | 7100-000 | $29.00 | $0.00 | $0.00 | $0.00 |
|  | Advocate Health Center | 7100-000 | $640.00 | $0.00 | $0.00 | $0.00 |
|  | Advocate Health Center | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
|  | Alexian Brothers Medical Center | 7100-000 | $208.47 | $0.00 | $0.00 | $0.00 |
|  | Brightwater Capital Ll | 7100-000 | $1,262.00 | $0.00 | $0.00 | $0.00 |
|  | Comenity Bank/Harlem Furniture | 7100-000 | $3,522.00 | $0.00 | $0.00 | $0.00 |
|  | Credit Management Lp | 7100-000 | $272.00 | $0.00 | $0.00 | $0.00 |
|  | Dr. Kumudchandra S. Shah, MD | 7100-000 | $2,922.98 | $0.00 | $0.00 | $0.00 |
|  | Emergency Room Care Providers SC | 7100-000 | $307.00 | $0.00 | $0.00 | $0.00 |
|  | Enhanced Recovery Corp | 7100-000 | $416.00 | $0.00 | $0.00 | $0.00 |
|  | Enhanced Recovery Corp | 7100-000 | $332.15 | $0.00 | $0.00 | $0.00 |
|  | Ge Capital / Walmart | 7100-000 | $562.41 | $0.00 | $0.00 | $0.00 |
|  | Holy Cross | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Hospital | | | | | |
| Illinois Collection Service/ICS | 7100-000 | $90.00 | $0.00 | $0.00 | $0.00 |
| Medstar Laboratory Inc. | 7100-000 | $908.27 | $0.00 | $0.00 | $0.00 |
| Midwest Diagnostic Pathology, SC | 7100-000 | $73.00 | $0.00 | $0.00 | $0.00 |
| Mirshed Medical Center SC | 7100-000 | $892.00 | $0.00 | $0.00 | $0.00 |
| Radadvantage | 7100-000 | $253.60 | $0.00 | $0.00 | $0.00 |
| Radiology Imaging Consultants | 7100-000 | $147.44 | $0.00 | $0.00 | $0.00 |
| RPM | 7100-000 | $467.21 | $0.00 | $0.00 | $0.00 |
| VHS Genesis Labs Inc. | 7100-000 | $944.22 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Home Mortgage | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $23,383.75 | $9,527.50 | $9,527.50 | $851.36 |

**FORM 1**

Page No: 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-40236-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | RICHARDSON, REGINALD A | Date Filed (f) or Converted (c): | 10/14/2013 (f) |
| For the Period Ending: | 4/8/2015 | §341(a) Meeting Date: | 11/26/2013 |
| | | Claims Bar Date: | 03/06/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  Cash on Hand | $50.00 | $0.00 | | $0.00 | FA |
| 2  Checking Account w/ BMO Harris | $800.00 | $0.00 | | $0.00 | FA |
| 3  Savings Account w/ TCF Bank | $20.00 | $0.00 | | $0.00 | FA |
| 4  Misc. Household Goods (Bedroom Furniture, Kitchen Appliances, tables, chairs, sofas, and Tvs) | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 5  Books, Pictures, Videos, and DVDs | $325.00 | $0.00 | | $0.00 | FA |
| 6  Used Clothing | $325.00 | $0.00 | | $0.00 | FA |
| 7  Misc. Costume Jewelry | $75.00 | $0.00 | | $0.00 | FA |
| 8  Term Life Insurance Policy w/ All-State - No CSV | $0.00 | $0.00 | | $0.00 | FA |
| 9  401(k) w/ Current Employer - 100% exempt | $1,200.00 | $0.00 | | $0.00 | FA |
| 10 Workers Comp Claim against Current Employer - Debtor was off work for 5 months and returned to work this year. Debtor has hired attorney, Philip E. Turcy of Goldberg Weisman Cairo, One East Wacker Drive, 38th & 39th Floors, Chicago, IL 60601, Phone: | $50,000.00 | $0.00 | | $0.00 | FA |
| 11 2001 Chevy Monte Carlo - Fair Condtion | $2,000.00 | $0.00 | | $0.00 | FA |
| 12 Prorated share of possible tax refund for 2013  (u) | $3,134.00 | $2,313.00 | | $5,368.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$59,429.00     $3,813.00     $5,368.00     $0.00

**Major Activities affecting case closing:**

| 02/18/2015 | Prepare TDR |
| 12/30/2014 | Prepared TFR for Trustee Review |
| 12/18/2013 | Tax Intercept Completed |
| 12/17/2013 | Amended B and C scheduling possible tax refund $3055.00 exempt |

**Initial Projected Date Of Final Report (TFR):**    06/25/2015      /s/ DAVID LEIBOWITZ

**Current Projected Date Of Final Report (TFR):**      DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| Case No. | 13-40236-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | RICHARDSON, REGINALD A | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6728 | Checking Acct #: | ******3601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/14/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/8/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/01/2014 | (12) | Untied States Treasury | Tax Refund. | 1224-000 | $5,368.00 | | $5,368.00 |
| 04/10/2014 | 3001 | REGINALD RICHARDSON | Entitled portion and claimed exemptions. | 8100-002 | | $4,202.13 | $1,165.87 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.25 | $1,160.62 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.93 | $1,158.69 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.74 | $1,156.95 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.86 | $1,155.09 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.92 | $1,153.17 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.74 | $1,151.43 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.97 | $1,149.46 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.67 | $1,147.79 |
| 02/23/2015 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $291.47 | $856.32 |
| 02/23/2015 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.96 | $851.36 |
| 02/23/2015 | 3004 | American InfoSource LP as agent for | Claim #: 4; Amount Claimed: 415.87; Amount Allowed: 415.87; Distribution Dividend: 8.94; | 7100-000 | | $37.16 | $814.20 |
| 02/23/2015 | 3005 | SPRINGLEAF FINANCIAL SERVICES | Claim #: 7; Amount Claimed: 2,590.67; Amount Allowed: 2,590.67; Distribution Dividend: 8.94; | 7100-000 | | $231.50 | $582.70 |
| 02/23/2015 | 3006 | Quantum3 Group LLC as agent for | Claim #: 1; Amount Claimed: 1,309.83; Amount Allowed: 1,309.83; Distribution Dividend: 8.94; | 7100-900 | | $117.03 | $465.67 |
| 02/23/2015 | 3007 | American InfoSource LP as agent for | Claim #: 2; Amount Claimed: 793.72; Amount Allowed: 793.72; Distribution Dividend: 8.94; | 7100-900 | | $70.93 | $394.74 |
| 02/23/2015 | 3008 | Capital One, N.A. | Claim #: 3; Amount Claimed: 332.15; Amount Allowed: 332.15; Distribution Dividend: 8.94; | 7100-900 | | $29.68 | $365.06 |
| 02/23/2015 | 3009 | Portfolio Recovery Associates, LLC | Claim #: 5; Amount Claimed: 3,522.85; Amount Allowed: 3,522.85; Distribution Dividend: 8.94; | 7100-900 | | $314.80 | $50.26 |
| 02/23/2015 | 3010 | Portfolio Recovery Associates, LLC | Claim #: 6; Amount Claimed: 562.41; Amount Allowed: 562.41; Distribution Dividend: 8.94; | 7100-900 | | $50.26 | $0.00 |

**SUBTOTALS** $5,368.00 $5,368.00

Case 13-40236    Doc 24    Filed 04/24/15    Entered 04/24/15 14:15:51    Desc Main
Document      Page 8 of 9

Page No: 2

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No.** | | 13-40236-CAD | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | | RICHARDSON, REGINALD A | | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | | **-***6728 | | | **Checking Acct #:** | | ******3601 |
| **Co-Debtor Taxpayer ID #:** | | | | | **Account Title:** | | |
| **For Period Beginning:** | | 10/14/2013 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | | 4/8/2015 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $5,368.00 | $5,368.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,368.00 | $5,368.00 | |
| | | | Less: Payments to debtors | | $0.00 | $4,202.13 | |
| | | | **Net** | | $5,368.00 | $1,165.87 | |

**For the period of 10/14/2013 to 4/8/2015**                                  **For the entire history of the account between 04/01/2014 to 4/8/2015**

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $5,368.00 | Total Compensable Receipts: | $5,368.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,368.00 | Total Comp/Non Comp Receipts: | $5,368.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,165.87 | Total Compensable Disbursements: | $1,165.87 |
| Total Non-Compensable Disbursements: | $4,202.13 | Total Non-Compensable Disbursements: | $4,202.13 |
| Total Comp/Non Comp Disbursements: | $5,368.00 | Total Comp/Non Comp Disbursements: | $5,368.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 13-40236-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | RICHARDSON, REGINALD A | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***6728 | **Checking Acct #:** ******3601 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 10/14/2013 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 4/8/2015 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,368.00 | $5,368.00 | $0.00 |

**For the period of 10/14/2013 to 4/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $5,368.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,368.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,165.87 |
| Total Non-Compensable Disbursements: | $4,202.13 |
| Total Comp/Non Comp Disbursements: | $5,368.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/14/2013 to 4/8/2015**

| | |
|---|---|
| Total Compensable Receipts: | $5,368.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,368.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,165.87 |
| Total Non-Compensable Disbursements: | $4,202.13 |
| Total Comp/Non Comp Disbursements: | $5,368.00 |
| Total Internal/Transfer Disbursements: | $0.00 |